No. 645, Misc. JONES *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 646, Misc. NUTLEY ET AL. *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied. *Jack McManus* for petitioners. *George Thompson,* Attorney General of Wisconsin, and *William A. Platz, Betty R. Brown* and *Warren H. Resh,* Assistant Attorneys General, for respondent.

No. 658, Misc. MERTZ *v.* MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 659, Misc. POLIZZANO *v.* UNITED STATES;
No. 660, Misc. BARCELLONA *v.* UNITED STATES;
No. 712, Misc. MAZZIE *v.* UNITED STATES; and
No. 798, Misc. DI PALERMO ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Allen S. Stim* for petitioner in No. 659, Misc. *William J. Manning* for petitioner in No. 660, Misc. Petitioner *pro se* in No. 712, Misc. *Albert J. Krieger* for petitioners in No. 798, Misc. *Solicitor General Cox, Assistant Attorney General Miller, Robert S. Erdahl* and *Richard W. Schmude* for the United States.

No. 661, Misc. HUNTER *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Mabel D. Haden* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 699, Misc. NOLAN *v.* STEINHAUSER, ACTING WARDEN. C. A. 8th Cir. Certiorari denied.